

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2016

No. 04-15-00761-CR

Christopher Shaun **ORTIZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR11043
Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

The appellant's pro se motion to abate is denied. The appellant's brief is due on June 20, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court